# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-3893

_____

Donald L. Collins

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 6, 2017
Filed: November 9, 2017
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donald L. Collins appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Having jurisdiction under

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

28 U.S.C. § 1291, this court affirms. Substantial evidence in the record as a whole supports the administrative law judge's findings. *See Perks v. Astrue*, 687 F.3d 1086, 1091 (8th Cir. 2012) (standard of review).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____